STATE OF NORTH CAROLINA v. MARGARET M. MILLER

No. 7026SC190

(Filed 6 May 1970)

**Homicide §§ 21, 26— second degree murder — sufficiency of evidence — instructions**

In this prosecution for second degree murder, the evidence was sufficient for submission of the case to the jury and the instructions were more favorable to defendant than is required.

APPEAL by defendant from *Anglin, J.,* 27 October 1969, Schedule B Session, MECKLENBURG Superior Court.

Defendant was charged in a bill of indictment with the murder of Lester Burke Miller, her husband, on 26 August 1969 without premeditation and deliberation. Upon her plea of not guilty she was tried by jury which found her guilty of voluntary manslaughter. From the verdict and judgment of confinement defendant appealed.

*Attorney General Morgan, by Trial Attorney Webb, for the State.*

*W. Herbert Brown, Jr., for the defendant.*

BROCK, J.

We have carefully examined defendant's assignment of error to the refusal of the trial judge to grant her motion for nonsuit and in our opinion there was more than ample evidence to justify submitting the case to the jury. Also we have carefully considered defendant's assignments of error to the trial judge's instructions to the jury and in our opinion the instructions were more favorable to defendant than is required. Defendant had a fair and impartial trial, free from prejudicial error.

No error.

BRITT and GRAHAM, JJ., concur.